UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARQUIS AURBACH COFFING, P.C., <br><br> Plaintiff, <br><br> v. <br><br> TERRY DORFMAN, et al., <br><br> Defendants. | Case No. 2:15-cv-00701-JCM-NJK <br><br> ORDER |

Presently before the court is defendants' motion to dismiss plaintiff's complaint. (Doc. # 4). Plaintiff filed a response (doc. # 9), and defendants filed a reply. (Doc. # 11).

Plaintiff filed its amended complaint on May 5, 2015, before filing its response to defendants' motion. (Doc. # 8). Defendants subsequently filed a motion to dismiss plaintiff's amended complaint (doc. # 13), which was denied by this court on October 20, 2015. (Doc. # 33).

As plaintiff has already filed an amended complaint, and this court has ruled on defendants' subsequent motion to dismiss, the instant motion is now moot.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendants' motion to dismiss (doc. # 4) be, and the same hereby is, DENIED as moot.

DATED THIS 6th day of November, 2015.

JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE