# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MARQUIS AURBACH COFFING, P.C., | Case No. 2:15-cv-00701-JCM-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| TERRY DORFMAN, et al., | (Docket No. 46) |
| Defendant(s). | |

Pending before the Court is Plaintiff's motion to seal an exhibit to its motion for leave to file a second amended complaint. Docket No. 46. Plaintiff represents that the exhibit summarizes and quotes documents that Melaleuca, Inc., and Melaleuca of Canada, Inc., which are not parties to this case, have designated as confidential pursuant to a stipulated protective order in another case. Docket No. 46 at 2. Plaintiff acknowledges that it must follow Ninth Circuit caselaw as to whether the exhibit should be seal, but explains that it has not yet had sufficient time to confer with procedures and requests additional time to confer with Melaleuca, Inc., and Melaleuca of Canada, Inc. regarding the applicable standards. *Id*. at 3.

Accordingly, it is hereby **ORDERED** that Plaintiff shall **CONFER** with Melaleuca, Inc., and Melaleuca of Canada, Inc., no later than January 28, 2016, regarding the confidentiality designation of the subject document. To the extent a motion to seal remains necessary, no later than February 4, 2016, Plaintiff must file a supplement to its motion to seal with the appropriate declarations, which must address the proper standards for sealing in this Circuit. To the extent the parties do not believe that

sealing is necessary, Plaintiff shall so inform the Court and file the subject document on the public docket, no later than February 4, 2016.

IT IS SO ORDERED.

DATED: January 27, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge