UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARQUIS AURBACH COFFING, P.C., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> TERRY DORFMAN, et al., ) <br> ) <br> Defendants. ) <br> ) | Case No. 2:15-cv-00701-JCM-NJK <br><br> ORDER DENYING MOTION TO SEAL <br><br> (Docket No. 46) |

Pending before the Court is Plaintiff's motion to seal exhibit 1 to its motion for leave to file second amended complaint. Docket No. 46. In the motion, Plaintiff represents that the exhibit summarizes and quotes documents that two non-parties to the case had designated confidential pursuant to a stipulated protective order in another case, but that Plaintiff had not had the time to confer with the non-parties regarding the applicable sealing standards. *Id*. at 2-3. The Court ordered Plaintiff to confer with the non-parties and, to the extent the parties do not believe sealing the exhibit is necessary, the Court ordered Plaintiff to so inform the Court and to file the subject document on the public docket no later than February 4, 2016. Docket No. 47 at 1-2.

. . . .

. . . .

. . . .

. . . .

. . . .

On February 4, 2016, Plaintiff filed a supplement to its motion to seal, informing the Court that, after conferring with the non-parties, it no longer seeks to seal the exhibit. *See* Docket No. 50. On the same date, Plaintiff filed the exhibit on the public docket. Docket No. 51.

Accordingly, Plaintiff's motion to seal, Docket No. 46, is hereby **DENIED** as moot.

IT IS SO ORDERED.

DATED: February 8, 2016.

_____
NANCY J. KOPPE
United States Magistrate Judge

2