John P. Aldrich, Esq. (SBN #6877)
**ALDRICH LAW FIRM, LTD.**
1601 S. Rainbow Blvd., Suite 160
Las Vegas, Nevada 89146
Telephone: (702) 853-5490
Facsimile:  (702) 227-1975
jaldrich@johnaldrichlawfirm.com
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARQUIS AURBACH COFFING, P.C., a Nevada professional corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TERRY DORFMAN, individually; T. DORFMAN, INC., a Canadian corporation, DOES I-X and ROE CORPORATIONS XI-XX, inclusive,<br><br>Defendants. | CASE NO. 2:15-CV-00701-JCM-NJK<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff Marquis Aurbach Coffing, P.C. ("Plaintiff"), through its attorneys of record, Terry A. Coffing, Esq., Chad F. Clement, Esq., and Jared M. Moser, Esq., with the law firm of Marquis Aurbach Coffing, and Defendants Terry Dorfman ("Dorfman") and T. Dorfman, Inc. ("TDI"), as well as Michael Commisso ("Commisso") and The Commisso Group, Inc. ("TGI")[1] (and collectively "Defendants"), by and through their attorneys of record, John P. Aldrich, Esq. and Catherine Hernandez, Esq., with the Aldrich Law Firm, Ltd., that all claims and causes of action alleged in the Complaint against all

---

[1] In an order dated June 13, 2016, this Court entered an Order granting Plaintiff's Motion for Leave to File Second Amended Complaint [Dkt. #73], which would have allowed the addition of Commisso and TGI.

1

Defendants be dismissed with prejudice, with each side to bear their own costs and attorneys' fees.

**IT IS SO STIPULATED.**

DATED this 22nd day of July, 2016.                DATED this 22nd day of July, 2016.

**MARQUIS AURBACH COFFING**                       **ALDRICH LAW FIRM, LTD.**

By: /s/ Jared M. Moser                            By: /s/ John P. Aldrich
    Terry A. Coffing, Esq.                           John P. Aldrich, Esq.
    Nevada Bar No. 4949                              Nevada Bar No. 6877
    Chad F. Clement, Esq.                            Gary Fink, Esq.
    Nevada Bar No. 12192                             Nevada Bar No. 8064
    Jared M. Moser, Esq.                             1601 S. Rainbow Blvd., Suite 160
    Nevada Bar No. 13003                             Las Vegas, Nevada 89117
    10001 Park Run Drive                             *Attorneys for Defendants*
    Las Vegas, Nevada 89145
    *Attorneys for Plaintiff*
    *Marquis Aurbach Coffing, P.C.*

## **ORDER**

The above Stipulation to Dismiss with Prejudice is hereby GRANTED.

IT IS SO ORDERED July 26, 2016.

                                                /s/ James C. Mahan
                                        UNITED STATES DISTRICT JUDGE